ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIAOMIN ZHAO,<br><br>                Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, United States Department of Homeland Security,<br><br>                Defendant. | C 3:23-cv-04242 LJC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

       The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 3, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

       1.     Plaintiff filed this mandamus action seeking adjudication of their Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") has scheduled the asylum interview to take place on December 5, 2023, and it agrees to work diligently towards completing adjudication of Plaintiff's petition, absent the need for

further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

    2.    Plaintiff agrees to submit all supplemental documents and evidence no later than seven to ten days prior to the interview, pursuant to USCIS policy. Plaintiff agrees that the failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

    3.    If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. See https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

    4.    Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss this case.

    5.    The parties agree to bear their own attorney fees and costs.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 3, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 15, 2023

Respectfully submitted[1],

ISMAIL J. RAMSEY  
United States Attorney

  */s/ Elizabeth Kurlan*  
ELIZABETH D. KURLAN  
Assistant United States Attorney  
Attorneys for Defendant

Dated: November 15, 2023

  */s/ Lisa Pickering*  
LISA D. PICKERING  
Attorney for Plaintiff

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Stip to Stay Proceedings  
C 3:23-cv-04242 LJC                                   2

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 16, 2023

_____
HON. LISA J. CISNEROS
United States Magistrate Judge